

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00203-CR

**BRIAN DAVIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 52nd District Court
Coryell County, Texas
Trial Court No. FO-11-20641

## MEMORANDUM OPINION

Appellant's counsel has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). The supplemental reporter's record reflects that in a hearing before the trial court on his appointed counsel's motion to withdraw, Appellant stated that he wished to dismiss his appeal. We have not issued a decision in this appeal. Appellant did not personally sign the motion, but his statement on the record is a sufficient basis on which to dismiss the appeal. *See Hendrix v. State*, 86 S.W.3d 762, 763-64 (Tex. App.—Waco 2002, no pet.).

The motion is granted, and the appeal is dismissed.



                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed February 14, 2013
Do not publish
[CR25]